AO108(2/90) Application for Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

**All funds on deposit in Bank of America account number _____, in the name of Dwayne M. Easterling, up to $52,892.00.**

**APPLICATION AND AFFIDAVIT FOR SEIZURE WARRANT**

CASE NUMBER: 06 - 025M - 01

FILED
JAN 2 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, _____Hina L. Rodriguez_____ being duly sworn depose and say:

I am a(n) __Investigator, Metropolitan Police Department__ and have reason to believe that within the jurisdiction of this Court there is now certain property that is subject to forfeiture to the United States, namely (describe the property to be seized)

  all funds on deposit in Bank of America account number
  in the name of **Dwayne M. Easterling**, up to $52,892.00,

which are (state one or more bases for seizure under the United States Code)

funds traceable to narcotics trafficking and/or involved in money laundering in violation of Title 21 United States Code, Section 841 and/or Title 18, United States Code, Section 1956, and are therefore subject to forfeiture

concerning a violation of Title 21 United States Code, Section(s) 881(a)(6) and Title 18 United States Code, Section(s) 981(a)(1)(A). The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.   ☒ YES   ☐ NO

William R. Cowden
Asset Forfeiture Unit, Criminal Division
(202) 307-0258

Signature of Affiant
Hina L. Rodriguez, Investigator
Metropolitan Police Department

Sworn to before me, and subscribed in my presence

Date: JAN 2 0 2006    at Washington, D.C.

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer      Signature of Judicial Officer

1