AO 109 (2/90) Seizure Warrant

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED<br>1-20-06 | DATE AND TIME WARRANT EXECUTED<br>1-20-06  1345 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>SONSA SISTRUNK-MOSLEY |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

ONE BANK OF AMERICA CASHIER CHECK # 9479011697 FOR THE AMOUNT OF $48,280.52.

**FILED**

JAN 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____          1/26/06
U.S. Judge or U.S. Magistrate Judge          Date